IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
- WICHITA FALLS DIVISION -

| | |
|---|---|
| **CORNELIUS CAMPBELL BURGESS**,<br><br>Plaintiff,<br><br>v.<br><br>**FEDERAL DEPOSIT INSURANCE CORPORATION, et al.**,<br><br>Defendants. | CIVIL NO. 7:22-cv-00100-O<br><br>The Honorable Reed O'Connor,<br><br>United States District Judge |

**DEFENDANTS' MOTION FOR RECONSIDERATION**

Defendants Federal Deposit Insurance Corporation ("FDIC"), Martin J. Gruenberg, Michael J. Hsu, Rohit Chopra, and Jennifer Whang, respectfully move for reconsideration of the Court's Order of November 6, 2022, for the reasons set forth in their memorandum of law contemporaneously filed herewith (ECF No. 33).

                                               Respectfully submitted,

                                               FEDERAL DEPOSIT INSURANCE CORPORATION
                                               Andrew J. Dober
                                               Senior Counsel

                                                /s/ *Andrew A. Nicely*
Bryce C. Quine (Tex. No. 24032976)        Andrew A. Nicely (Va. No. 41750)

Arthur E. Anthony (Tex. No. 24001661)  
600 North Pearl Street, Suite 700  
Dallas, Texas  75201  
Telephone:  (972) 761-8520  
Alternate Tel.: (972) 761-2237  
Email: bquine@fdic.gov  
Email: aranthony@fdic.gov  

Daniel Kurtenbach  
3501 Fairfax Drive, D-7028  
Arlington, VA 22226-3500  
Tel.:  (703) 516-5729  
Fax:  (703) 562-2477  
Email: anicely@fdic.gov  

*Counsel for Defendants*

DATED:   November 11, 2022

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Civil Rule 7.1, I certify that, on November 11, 2022, FDIC attorney Andrew Dober contacted Manuel Berrelez and all counsel for plaintiff and defendants by electronic mail to ascertain plaintiff's position on the FDIC's Motion for Reconsideration. Later on November 11, 2022, Mr. Berrelez informed all counsel for defendants that plaintiff opposed reconsideration.

          FEDERAL DEPOSIT INSURANCE CORPORATION
          Andrew J. Dober
          Senior Counsel

 /s/ *Andrew A. Nicely*
Andrew A. Nicely (Va. No. 41750)
3501 Fairfax Drive, D-7028
Arlington, VA 22226-3500
Tel.: (703) 516-5729
Fax: (703) 562-2477
Email: anicely@fdic.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 11, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record registered to receive such notices.

                                               /s/ *Andrew A. Nicely*
                                               Andrew A. Nicely