IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
- WICHITA FALLS DIVISION -

| | |
|---|---|
| **CORNELIUS CAMPBELL BURGESS**, <br><br> Plaintiff, <br><br> v. <br><br> **FEDERAL DEPOSIT INSURANCE CORPORATION, et al.**, <br><br> Defendants. | CIVIL NO. 7:22-cv-00100-O <br><br> The Honorable Reed O'Connor, <br> United States District Judge |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Defendants Federal Deposit Insurance Corporation, Martin J. Gruenberg, Michael J. Hsu, Rohit Chopra, and Jennifer Whang, appeal to the United States Court of Appeals for the Fifth Circuit from the following Orders of the United States District Court for the Northern District of Texas: (i) the Order entered on November 6, 2022 (Dkt. # 31), granting plaintiff Cornelius Campbell Burgess' motion for a preliminary injunction (Dkt. # 15); and (ii) the Order entered on December 1, 2022 (Dkt. # 49), denying defendants' motion for reconsideration (Dkt. # 33, 34) and issuing a preliminary injunction against defendants. Copies of the District Court's Orders (Dkt. # 31, 49) are attached.

Respectfully submitted,

FEDERAL DEPOSIT INSURANCE CORPORATION
Andrew J. Dober
Senior Counsel

 /s/ *Andrew A. Nicely*
Andrew A. Nicely (Va. No. 41750)
Daniel Kurtenbach

Bryce C. Quine (Tex. No. 24032976)
Arthur E. Anthony (Tex. No. 24001661)

<div style="display: flex;">

600 North Pearl Street, Suite 700  
Dallas, Texas 75201  
Telephone: (972) 761-8520  
Alternate Tel.: (972) 761-2237  
Email: bquine@fdic.gov  
Email: aranthony@fdic.gov  

3501 Fairfax Drive, D-7028  
Arlington, VA 22226-3500  
Tel.: (703) 516-5729  
Fax: (703) 562-2477  
Email: anicely@fdic.gov  

*Counsel for Defendants*

</div>

DATED: December 2, 2022

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record registered to receive such notices.

/s/  *Andrew A. Nicely*
Andrew A. Nicely