# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

| | | |
|---|---|---|
| CORNELIUS CAMPBELL BURGESS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No.  7:22-cv-00100-O |
| FEDERAL DEPOSIT INSURANCE CORPORATION, et al., | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Defendants' Motion to Stay Certain Proceedings (ECF No. 52), filed December 2, 2022. Defendants filed a notice of appeal to the Fifth Circuit on December 2, 2022, from the Court's rulings entering a preliminary injunction against them. ECF No. 50. Defendants request that the Court stay all proceedings in this case while Defendants' appeal is pending, with the exception of Plaintiff's Motion for Reconsideration. ECF No. 53. The Court finds that Defendants' Motion should be, and is, hereby **DENIED**.

Defendants filed Objection to the Court's suggestion of consolidating the trial under Federal Rule 65(a)(2). *See* ECF No. 46.  In their Objection, Defendants state they plan to raise a number of defenses in an upcoming motion to dismiss. *See Id.* at ¶¶ 4–5. Should the issues to be raised by Defendants have merit, the pending appeal will be mooted as Plaintiff's claims upon which the Court based its decision to grant the preliminary injunction will be dismissed. Therefore, the Court declines to stay the proceedings in this case, and Defendants' Motion is hereby **DENIED**.

**SO ORDERED** on this **5th day** of **December, 2022**.

1

Reed O'Connor
UNITED STATES DISTRICT JUDGE